IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McElroy, Brian

Printed: 10/10/06

Case Number: 04 B 38990
Judge: Doyle, Carol A
Filed: 10/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 3, 2006
Confirmed: December 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,560.00 |  |
| Secured: |  | 7,654.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,318.20 |
| Trustee Fee: |  | 587.35 |
| Other Funds: |  | 0.05 |
| Totals: | 11,560.00 | 11,560.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,318.20 | 3,318.20 |
| 2. | Household Automotive Finance Corp | Secured | 13,087.86 | 5,742.77 |
| 3. | Illinois Title Loans | Secured | 1,911.30 | 847.36 |
| 4. | HomeComings Financial Network | Secured | 2,345.59 | 1,064.27 |
| 5. | Internal Revenue Service | Priority | 9,732.97 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 253.52 | 0.00 |
| 7. | Fast Cash | Unsecured | 24.87 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 29.81 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 1,281.26 | 0.00 |
| 10. | Illinois Title Loans | Unsecured | 63.18 | 0.00 |
| 11. | Tinley Park Deal Health Group | Unsecured | 84.52 | 0.00 |
| 12. | United States Dept Of Education | Unsecured | 1,370.78 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 31.00 | 0.00 |
| 14. | CB USA | Unsecured | 16.07 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 76.51 | 0.00 |
| 16. | Nicor Gas | Unsecured | 18.84 | 0.00 |
| 17. | Mark L Kezy | Unsecured | 124.13 | 0.00 |
| 18. | Household Automotive Finance Corp | Unsecured | 910.16 | 0.00 |
| 19. | St James Hospital | Unsecured | 92.71 | 0.00 |
| 20. | SBC | Unsecured | 46.46 | 0.00 |
| 21. | Cingular Wireless | Unsecured | 72.42 | 0.00 |
| 22. | First American Investment | Unsecured | 103.89 | 0.00 |
| 23. | R & R Country Motors | Secured |  | No Claim Filed |
| 24. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 25. | Burke Medical Group | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McElroy, Brian

Printed: 10/10/06

Case Number: 04 B 38990
Judge: Doyle, Carol A
Filed: 10/20/04

| | | | |
|---|---|---|---|
| 26. | Alverno Clinical Labs | Unsecured | No Claim Filed |
| 27. | Blue Cross Hmo | Unsecured | No Claim Filed |
| 28. | Certified Svc. | Unsecured | No Claim Filed |
| 29. | Burke Medical Group | Unsecured | No Claim Filed |
| 30. | C B USA | Unsecured | No Claim Filed |
| 31. | Charter One Bank | Unsecured | No Claim Filed |
| 32. | Capital One Card Center | Unsecured | No Claim Filed |
| 33. | Collection Company Of America | Unsecured | No Claim Filed |
| 34. | Blue Cross Hmo | Unsecured | No Claim Filed |
| 35. | Collection Company Of America | Unsecured | No Claim Filed |
| 36. | Consultants In Clinical Pathol | Unsecured | No Claim Filed |
| 37. | Creditors Collection Bur | Unsecured | No Claim Filed |
| 38. | Credit Management Control | Unsecured | No Claim Filed |
| 39. | Encore | Unsecured | No Claim Filed |
| 40. | Creditors Collection Bur | Unsecured | No Claim Filed |
| 41. | Encore | Unsecured | No Claim Filed |
| 42. | Ford Motor Credit Corporation | Unsecured | No Claim Filed |
| 43. | HFC Nevada | Unsecured | No Claim Filed |
| 44. | Illinois Dept Of Employment Sec | Unsecured | No Claim Filed |
| 45. | Illinois Collection Service | Unsecured | No Claim Filed |
| 46. | Mark L Kezy | Unsecured | No Claim Filed |
| 47. | Instant Cash Advance | Unsecured | No Claim Filed |
| 48. | Lens Crafters | Unsecured | No Claim Filed |
| 49. | Marshalls Department Store | Unsecured | No Claim Filed |
| 50. | NCO Financial Systems | Unsecured | No Claim Filed |
| 51. | South Suburban Heart Group | Unsecured | No Claim Filed |
| 52. | Oral & Maxillofacial | Unsecured | No Claim Filed |
| 53. | T Todd Horak | Unsecured | No Claim Filed |
| 54. | Quest Diagnostics Inc | Unsecured | No Claim Filed |
| 55. | Professional Account Services | Unsecured | No Claim Filed |
| 56. | St James Catholic School | Unsecured | No Claim Filed |
| 57. | United Credit Natl Bank | Unsecured | No Claim Filed |
| 58. | St James Hospital | Unsecured | No Claim Filed |
| 59. | Joe Worley | Unsecured | No Claim Filed |
| 60. | Reliable Adjustment Bureau | Unsecured | No Claim Filed |
| 61. | Collection Company Of America | Unsecured | No Claim Filed |
| 62. | Tax Masters | Unsecured | No Claim Filed |
| 63. | Value City | Unsecured | No Claim Filed |
| 64. | Van Ru Credit Corporation | Unsecured | No Claim Filed |
| 65. | Verizon Wireless | Unsecured | No Claim Filed |
| 66. | Medical Payment Data | Unsecured | No Claim Filed |
| 67. | Advocate South Suburban Hosp | Unsecured | No Claim Filed |
| 68. | Certified Svc. | Unsecured | No Claim Filed |
| 69. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 70. | Illinois Student Assistance Commission | Unsecured | No Claim Filed |
| 71. | C B USA | Unsecured | No Claim Filed |
| 72. | R & R Country Motors | Unsecured | No Claim Filed |
| 73. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 74. | W&W | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McElroy, Brian

Printed: 10/10/06

Case Number: 04 B 38990
Judge: Doyle, Carol A
Filed: 10/20/04

|  | _____ | _____ |
|---|---|---|
|  | $ 34,996.05 | $ 10,972.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 178.10 |
| 4% | 54.80 |
| 3% | 61.65 |
| 5.5% | 253.55 |
| 5% | 39.25 |
|  | _____ |
|  | $ 587.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____